AO 91 (Rev 8/01)   Criminal Complaint

United States District Court
Southern District of Texas
FILED

# United States District Court

MAY 3 0 2019

SOUTHERN  DISTRICT OF  TEXAS
McALLEN DIVISION

David J. Bradley, Clerk

UNITED STATES OF AMERICA.
V.

Juan Carlos Saballo-Flores

## CRIMINAL COMPLAINT

Case Number: M-19-1251-M

IAE   YOB: 1981
Nicaragua
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __May 29, 2019__ in __Starr__ County, in the __Southern__ District of __Texas__

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Nicaragua in pursuance of law, and thereafter was found near Roma, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

Juan Carlos Saballo-Flores was encountered by Border Patrol Agents near Roma, Texas on May 29, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on May 29, 2019, near Roma, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on August 14, 2013 through Atlanta, Georgia. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On February 3, 2011, the defendant was convicted of 8 USC 1326, Illegal Re-entry of a Deported Alien and sentenced to forty (40) months confinement and twenty-four (24) months supervised release term.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Approved by Robert Guerra
AUSA

Sworn to before me and subscribed in my presence,

May 30, 2019

Peter E. Ormsby , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Complainant
Cipriano Shears   Border Patrol Agent

Signature of Judicial Officer